B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court Northern District of Illinois Eastern Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Pierce, James, R** | Name of Joint Debtor (Spouse) (Last, First, Middle): **Pierce, Diana, R** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **2709** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **5993** |
| Street Address of Debtor (No. & Street, City, and State): **25613 Bristol** **Monee, IL**          ZIP CODE **60449** | Street Address of Joint Debtor (No. & Street, City, and State): **25613 Bristol** **Monee, IL**          ZIP CODE **60449** |
| County of Residence or of the Principal Place of Business: **Will** | County of Residence or of the Principal Place of Business: **Will** |
| Mailing Address of Debtor (if different from street address):          ZIP CODE | Mailing Address of Joint Debtor (if different from street address):          ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above).          ZIP CODE | |

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| ☑ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7          ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11          ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |
| | Tax-Exempt Entity (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | Nature of Debts (Check one box)<br>☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."          ☐ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Case 10-39561    Doc 1    Filed 09/02/10    Entered 09/02/10 09:08:57    Desc Main
Document    Page 2 of 72

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**James R Pierce, Diana R Pierce** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐    Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)    Date<br><b>Dennis M. Sbertoli</b>    <b>3128965</b></td>
</tr>
</table>

| Exhibit C |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐    Yes, and Exhibit C is attached and made a part of this petition.<br>☑    No |

| Exhibit D |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| Information Regarding the Debtor – Venue<br>(Check any applicable box) |
|---|
| ☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| Certification by a Debtor Who Resides as a Tenant of Residential Property<br>(Check all applicable boxes.) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B 1 (Official Form 1) (1/08)    FORM B1, Page 3

B 1 (Official Form 1) (1/08)    Case ...-...561    Doc 1    Filed 09/02/10    Entered 09/02/10 09:08:57    Desc Main
Document    Page 3 of 72

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **James R Pierce, Diana R Pierce** |

## Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition<br><br>(Check only one box.)<br><br>☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____<br>Signature of Debtor   **James R Pierce**<br><br>X _____<br>Signature of Joint Debtor   **Diana R Pierce**<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | X **Not Applicable** _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
| X _____<br>Signature of Attorney for Debtor(s)<br><br>**Dennis M. Sbertoli  Bar No.  3128965**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Sbertoli Law Office**<br>Firm Name<br><br>**Dennis M. Sbertoli P.O. Box 1482**<br>Address<br><br>**La Grange Park, IL 60526**<br><br>**(708) 579-9724**      **(708) 579-1934**<br>Telephone Number<br><br>_____<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **Not Applicable** _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | X **Not Applicable** _____<br>Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B6 Summary (Official Form 6 - Summary) (12/07)

**United States Bankruptcy Court**

**Northern District of Illinois**

**Eastern Division**

In re  **James R Pierce   Diana R Pierce**                                        ,
Debtors

Case No. _____

Chapter    _7_ _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 2 | $      803,500.00 | | |
| B - Personal Property | YES | 3 | $       90,750.00 | | |
| C - Property Claimed as Exempt | YES | 2 | | | |
| D - Creditors Holding Secured Claims | YES | 3 | | $      967,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $            0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 16 | | $       70,763.02 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $        5,347.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $        7,133.00 |
| TOTAL | | 33 | $      894,250.00 | $    1,037,763.02 | |

B6A (Official Form 6A) (12/07)

In re:  **James R Pierce   Diana R Pierce** _____     Case No. _____
                                                                                                    (if known)
                                 **Debtors**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **25613 S. Bristol Lane, Monee, IL 60449 LOT 47 IN CANTERBURY LAKES PHASE 3, A PLANNED UNIT DEVELOPMENT, BEING A SUB DIVISION OF PART OF THE NORTH EAST ONE QUARTER OF SECTION 24, TOWNSHIP 34 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPLE MERIDIAN, ACCORDING TO THE FLAT THEREOF RECORDED JUNE 8, 2000, AS DOCUMENT NUMBER R2000-61516, IN WILL COUNTY, IL.** <br><br> **PROPERTY PURCHASED DECEMBER 2004 FOR $525,000.00.  TITLE HELD BY DEBTORS AS TENANTS BY THE ENTIRETY.** | Fee Owner | J | $ 550,000.00 | $ 535,000.00 |

B6A (Official Form 6A) (12/07) - Cont.

In re:  **James R Pierce   Diana R Pierce**                                    Case No. _____

_____                                                    (if known)

Debtors

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **7441 W. PENNINGTON, MONEE, IL, 60449. PURCHASED IN 2006 FOR $225,000.00.**<br><br>**LOT 2 IN RE-SUBDIVISION OF CANTERBURY LAKES PHASE 5, BEING A RE-SUBSIVISION OF LOTS 25, 236, AND 27 OF CANTERBURY LAKES PAHSE 5, BEING A SUBDIVISION OF PART OF THE NORTHEASTQUARTER OF SECTION 24, TOWNSHIP 34 NORTH, RANGE 12 EAST OF THE THIRD PRINCIPLE MERRIDIAN ACCORDING TO THE FLAT THEREOF RECORDED JULY 15, 2004 AS DOCUMENTED R204-130493 IN WILL COUNTY, IL.** | Fee Owner | J | $ 250,000.00 | $ 225,000.00 |
| NOTE:    SUBJECT HOUSE PURCHASED AS A PROJECT HOUSE FOR REHAB | | | | |
| **FLORIDA PROPERTY VACANT LOT** | Co-Owner | H | $ 3,500.00 | $    0.00 |
| NOTE:    VACANT LOT ACQUIRED BY JAMES PIERCE ALONG WITH HIS BROTHER AND SISTER APPROXIMATELY 2002. INTENTION WAS TO DEVELOP THE LAND FOR RESALE AS SINGLE FAMILY RESIDENCE. ECONOMIC CONDITIONS HAVE PRECLUDED DEVELOPMENT. | | | | |

Total  ➤  $ 803,500.00

(Report also on Summary of Schedules )

B6B (Official Form 6B) (12/07)

In re  **James R Pierce   Diana R Pierce**                              Case No. _____
_____
Debtors                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | CHECKING ACCOUNT AT BANK OF AMERICA | W | 500.00 |
| Cash on hand | | US CURRENCY | | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BANK OF AMERICA CHECKING ACCOUNT | W | 300.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CHECKING AT FIRST MIDWEST BANK | J | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | MISC HOUSEHOLD GOODS AND FURNISHINGS CONSISTING OF LIVING ROOM FURNITURE, DINING ROOM FURNITURE, BEDROOM FURNITURE, AND MISC KITCHEN UTENSILS AND APPLIANCES | J | 750.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | MISC USED CLOTHING OF DEBTORS AND MINOR CHILDREN | J | 350.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re    **James R Pierce   Diana R Pierce**                                                         Case No. _____
                                                                                                                    (If known)
                                    **Debtors**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | PENSION WITH IBEW LOCAL 134 | H | 70,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | DILLON BUILDERS INC, AN ILLINOIS CORPORATION INVOLUNTARILY DISSOLVED APPROXIMATELY SEPTEMBER 14, 2007. | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **James R Pierce    Diana R Pierce**                    Case No. _____
                          **Debtors**                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally-identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 GMC ACADIA, APPROXIMATELY 43,000 MILES, GOLD | J | 18,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | TWO YEAR OLD COMPUTER, PRINTER, AND MONITOR | J | 200.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | TWO DOGS, NON SPECIFIC VARIETY | J | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

<u> 2 </u>   continuation sheets attached         Total ⌐        $ 90,750.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re  James R Pierce   Diana R Pierce _____   Case No. _____
                              Debtors                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$136,875

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2007 GMC ACADIA, APPROXIMATELY 43,000 MILES, GOLD | 735 ILCS 5/12-1001(c) | 0.00 | 18,500.00 |
| 25613 S. Bristol Lane, Monee, IL 60449 LOT 47 IN CANTERBURY LAKES PHASE 3, A PLANNED UNIT DEVELOPMENT, BEING A SUB DIVISION OF PART OF THE NORTH EAST ONE QUARTER OF SECTION 24, TOWNSHIP 34 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPLE MERIDIAN, ACCORDING TO THE FLAT THEREOF RECORDED JUNE 8, 2000, AS DOCUMENT NUMBER R2000-61516, IN WILL COUNTY, IL. PROPERTY PURCHASED DECEMBER 2004 FOR $525,000.00. TITLE HELD BY DEBTORS AS TENANTS BY THE ENTIRETY. | §750 ILCS 65-22 | 15,000.00 | 550,000.00 |
| BANK OF AMERICA CHECKING ACCOUNT | 735 ILCS 5/12-1001(b) | 300.00 | 300.00 |
| CHECKING ACCOUNT AT BANK OF AMERICA | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| CHECKING AT FIRST MIDWEST BANK | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| MISC HOUSEHOLD GOODS AND FURNISHINGS CONSISTING OF LIVING ROOM FURNITURE, DINING ROOM FURNITURE, BEDROOM FURNITURE, AND MISC KITCHEN UTENSILS AND APPLIANCES | 735 ILCS 5/12-1001(b) | 750.00 | 750.00 |
| MISC USED CLOTHING OF DEBTORS AND MINOR CHILDREN | 735 ILCS 5/12-1001(a),(e) | 350.00 | 350.00 |

**B6C (Official Form 6C) (12/07) - Cont.**

In re  <u>James R Pierce   Diana R Pierce</u>                              Case No. _____
                                     Debtors                                                     (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| PENSION WITH IBEW LOCAL 134 | 735 ILCS 5/12-1006 | 70,000.00 | 70,000.00 |
| NONE | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |
| TWO YEAR OLD COMPUTER, PRINTER, AND MONITOR | 735 ILCS 5/12-1001(b) | 200.00 | 200.00 |
| US CURRENCY | 735 ILCS 5/12-1001(b) | 50.00 | 50.00 |

B6D (Official Form 6D) (12/07)

In re  **James R Pierce   Diana R Pierce**                                    Case No.
_____                               _____
                              **Debtors**                                            (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9041538851 | | J | **First Lien on Residence** | X | | | 452,000.00 | 0.00 |
| **CENTRAL MORTGAGE COMPANY** **801 JOHN BARROW RD** **SUITE 1** **LITTLE ROCK, AK 72205** | | | **25613 S. Bristol Lane, Monee, IL 60449** **LOT 47 IN CANTERBURY LAKES PHASE 3, A PLANNED UNIT DEVELOPMENT, BEING A SUB DIVISION OF PART OF THE NORTH EAST ONE QUARTER OF SECTION 24, TOWNSHIP 34 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPLE MERIDIAN, ACCORDING TO THE FLAT THEREOF RECORDED** | | | | | |

2     continuation sheets attached

Subtotal ►
(Total of this page)                                                              $  452,000.00  $          0.00

Total ►
(Use only on last page)                                                         $                  $

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re   **James R Pierce   Diana R Pierce**                    Case No. _____
                                                                          (if known)
                          Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | JUNE 8, 2000, AS DOCUMENT NUMBER R2000-61516, IN WILL COUNTY, IL.<br><br>PROPERTY PURCHASED DECEMBER 2004 FOR $525,000.00.  TITLE HELD BY DEBTORS AS TENANTS BY THE ENTIRETY.<br><br>VALUE $550,000.00 | | | | | |
| ACCOUNT NO.<br><br>**PEOTONE BANK<br>200 WEST CORNING<br>PEOTONE, IL 60468** | | J | 04/15/2008<br>Mortgage<br>7441 W. PENNINGTON, MONEE, IL, 60449. PURCHASED IN 2006 FOR $225,000.00.<br><br>LOT 2 IN RE-SUBDIVISION OF CANTERBURY LAKES PHASE 5, BEING A RE-SUBSIVISION OF LOTS 25, 236, AND 27 OF CANTERBURY LAKES PAHSE 5, BEING A SUBDIVISION OF PART OF THE NORTHEASTQUARTER OF SECTION 24, TOWNSHIP 34 NORTH, RANGE 12 EAST OF THE THIRD PRINCIPLE MERRIDIAN ACCORDING TO THE FLAT THEREOF RECORDED JULY 15, 2004 AS DOCUMENTED R204-130493 IN WILL COUNTY, IL.<br><br>VALUE $250,000.00 | X | | | 400,000.00 | 150,000.00 |

Sheet no. <u>1</u> of <u>2</u> continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➤
(Total of this page)

| | |
|---|---|
| $          852,000.00 | $          150,000.00 |

Total  ➤
(Use only on last page)

| | |
|---|---|
| $ | $ |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **James R Pierce   Diana R Pierce**                                                    Case No. _____
_____,                                                    (If known)
                                    **Debtors**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1400089490<br><br>PEOTONE BANK<br>200 WEST CORNING AVE<br>PEOTONE, IL 60468 | | J | Second Lien on Residence 25613 S. Bristol Lane, Monee, IL 60449<br>LOT 47 IN CANTERBURY LAKES PHASE 3, A PLANNED UNIT DEVELOPMENT, BEING A SUB DIVISION OF PART OF THE NORTH EAST ONE QUARTER OF SECTION 24, TOWNSHIP 34 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPLE MERIDIAN, ACCORDING TO THE FLAT THEREOF RECORDED JUNE 8, 2000, AS DOCUMENT NUMBER R2000-61516, IN WILL COUNTY, IL.<br><br>PROPERTY PURCHASED DECEMBER 2004 FOR $525,000.00.  TITLE HELD BY DEBTORS AS TENANTS BY THE ENTIRETY.<br><br>VALUE $550,000.00 | | X | | 115,000.00 | 0.00 |

Sheet no. _2_ of _2_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| | | |
|---|---|---|
| $ | 115,000.00 | $ 0.00 |
| $ | 967,000.00 | $ 150,000.00 |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re    **James R Pierce   Diana R Pierce** _____    Case No. _____
                                    Debtors                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B6E (Official Form 6E) (12/07) – Cont.

In re   **James R Pierce   Diana R Pierce**  _____.
                                    Debtors

Case No. _____ _____
                   (If known)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1 continuation sheets attached

B6E (Official Form 6E) (12/07) – Cont.

In re   **James R Pierce   Diana R Pierce**

Debtors

Case No. _____
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ►
(Totals of this page)
$ 0.00 | $ 0.00 | $ 0.00

Total ►
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)
$ 0.00

Total ►
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)
$ 0.00 | $ 0.00

**B6F (Official Form 6F) (12/07)**

In re   **James R Pierce   Diana R Pierce** _____,   Case No. _____
_____   (If known)
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 142-2-0000791846 | | W | Medical services rendered to Diana Pierce. | | | | 72.50 |
| 4PATH, LTD 520 E. 22ND ST LOMBARD, IL 60148 | | | | | | | |
| ACCOUNT NO. | | J | Medical services rendered to minor child. | | | | 21.27 |
| ALVERNO CLINICAL LABORATORIES LLC 555 W. COURT ST., STE 300 KANKAKEE, IL 60901-3600 | | | | | | | |

15   Continuation sheets attached

Subtotal ➤ $ 93.77

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **James R Pierce    Diana R Pierce**                                          Case No. _____
_____                    (If known)
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   66027104-01<br><br>AQUA ILLINOIS INC.<br>1000 S. SCHUYLER AVENUE<br>KANKAKEE, IL 60901 | X | H | Service provided to former business. | | | | 392.31 |
| ACCOUNT NO.   43 G164780<br><br>ASSOCIATED LABORATORY PHYSICIANS<br>P.O. BOX 74821<br>CHICAGO, IL 60694-4821 | | H | 1/10/2008<br>Medical services rendered to debtor. | | | | 11.60 |
| ACCOUNT NO.   52195<br><br>CALUMET DERMATOLOGY ASSOCIATES<br>19 RIVER OAKS DRIVE<br>CALUMET CITY, IL 60409-5802 | | J | Medical services rendered to minor child. | | | | 30.00 |
| ACCOUNT NO.   09226<br><br>CANTERBURY LAKES HOMEOWNER'S ASSOCIATION<br>PO BOX 566<br>MONEE, IL 60449<br><br>Law Firm Fosco, Fullett, Rosenlund PC<br>1156 Shure Dr<br>Suite 140<br>Arlington Heights IL 60004 | | J | Accrued unpaid assessments for the property at 7414 Pennington Lane. Notice and demand for possession coupled with complaint for possession pending Circuit Court of Will County. | | | X | 3,737.23 |

Sheet no. _1_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                4,171.14

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **James R Pierce    Diana R Pierce**
_____
Debtors

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **2525**<br><br>**CAPITAL ONE**<br>P.O. BOX30285<br>SALT LAKE CITY, UT 84130-0285<br><br>**Blatt Hasenmiller, Leibsker & Moore**<br>125 S. Wacker Dr.Suite  400<br>Chicago, IL 60606-4440 | | H | Miscellaneous consumer purchases. | X | | | 2,868.67 |
| ACCOUNT NO.  **9814**<br><br>**CHASE**<br>P.O. BOX15298<br>WILMINGTON, DE  19850-5298<br><br>**Viking Collection Service**<br>Po Box 59207<br>Minneapolis, MN 55459<br><br>**Capital Management Service Inc.**<br>726 Exchange Street<br>Suite 700<br>Buffalo, NY 14210 | | H | Miscellaneous consumer purchases and construction project materials. | | | | 8,365.40 |
| ACCOUNT NO.<br><br>**CHILDREN'S EYECARE, P.C.**<br>14315 S. 108TH AVE<br>STE 110<br>ORLAND PARK, IL 60467 | | J | Medical services rendered to family member. | X | | | 15.60 |

Sheet no.  2 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $    11,249.67

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **James R Pierce   Diana R Pierce**                           Case No. _____
                                          **Debtors**                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7722** <br><br> **CITI BANK** <br> **P.O. BOX 6500** <br> **SOUIX FALLS, SD  57117** <br><br><br> **CBE Group, Inc.** <br> **Box 3136** <br> **Milwaukee, WI  53201-3136** <br><br> **MCM** <br> **Dept. 12421** <br> **PO Box 603** <br> **Oaks, PA 19456** | | H | **Miscellaneous consumer purchases.** | | | | 1,273.93 |

Sheet no. _3_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▸ | $ | 1,273.93

Total ▸ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **James R Pierce   Diana R Pierce** _____
Debtors

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0359 | | H | Miscellaneous consumer purchases and building project. | | X | | 9,500.94 |
| CITI BANK PO BOX 44167 JACKSONVILLE, FL 32231-4167 | | | | | | | |
| NCO Financial systems Inc. 507 Prudential Road Horsham PA 19044 | | | | | | | |
| Financial Recovery Services, Inc PO Box 385908 Minneapolis MN 55438-5908 | | | | | | | |
| Resurgent Capital Services, LP 15 Main Street Suite 300 Greenville, SC 29601 | | | | | | | |
| LVNV Funding LLC PO Box 3352 Glen Ellyn IL 60137 | | | | | | | |
| Northland Group, Inc. PO Box 390905 Edina MN 55439 | | | | | | | |
| ACCOUNT NO.  8016 | | W | Miscellaneous consumer purchases. | | X | | 6,743.59 |
| CITI BANK VISA P.O. BIX6077 SOUIX FALLS, SD 57117-6077 | | | | | | | |

Sheet no. _4_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ► $ 16,244.53

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   James R Pierce   Diana R Pierce                                    Case No. _____
                          Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2668 401 <br><br> CREDITOR'S COLLECTION BUREAU INC <br><br> PO BOX 63 <br> KANKAKEE, IL 60901-0063 | | W | ASSIGNEE FOR COLLECTION OF DEBT DUE KING MUSIC INC | X | | | 704.16 |
| ACCOUNT NO. 56923-RAJE <br><br> CTR FOR PEDIATRIC GASTROENTEROLOGY <br> 777 OAKMONT LANE, STE 1600 <br> WESTMONT, IL 60559-5577 | | H | Medical services rendered to debtor. | | | | 40.10 |
| ACCOUNT NO. 3995 <br><br> DELL FINANCIAL SERVICES <br> P.O. BOX 81577 <br> AUSTIN, TX 78708-1577 <br><br><br> Valentine and Kebartas Inc <br> PO Box 325 <br> Lawrence, MA 01842 <br><br> ER Solutions <br> 500 SW 7th St. Bldg. A 100 <br> Renton WA 98055 | | H | | | | | 2,527.93 |
| ACCOUNT NO. <br><br> DERM AND PLASSTIC SURG ASSOCIATES SC <br> 1051 ESSINGTON RD <br> SUITE 280 <br> JOLIET, IL 60435 | | J | Medical services rendered to debtor. | | | | 39.60 |

Sheet no. 5 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ► $                          3,311.79

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **James R Pierce    Diana R Pierce**                                           Case No. _____
                                              _____                                                        (If known)
                                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9546 | | H | materials for contruction project and living expenses | | | | 5,349.35 |
| DISCOVER CARD P.O. BOX 15316 WILMINGTON DE 19888-1020 | | | | | | | |
| ACCOUNT NO.  003 41035 | | H | Medical services rendered to debtor. | | | | 8.30 |
| EM STRATEGIES LTD PO BOX 366 HINSDALE, IL 60522 | | | | | | | |
| ACCOUNT NO.  80501 | | H | Medical services rendered to debtor. | | | | 40.70 |
| FOOT & ANKLE CARE LTD 11308 DISTINCTIVE DR ORLAND PARK, IL 60467 | | | | | | | |
| ACCOUNT NO.  9255 | | W | Miscellaneous consumer purchases. | | X | | 1,835.37 |
| GE MONEY BANK P.O. BOX 6150 RAPID CITY, SD 57709-6150 | | | | | | | |
| Meyer & Njus PA 1100 U.S. Bank Plaza 200 S. Sixth Street Minneapolis, MN 55402 | | | | | | | |

Sheet no. 6 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $         7,233.72

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    James R Pierce    Diana R Pierce _____    Case No. _____
                                              Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    X113777247 <br><br> HARRIS AND HARRIS, LTD <br> 222 MERCHANDISE MART PLAZA, SUITE 1900 <br> CHICAGO, IL 60654 | | W | 6/12/2008 <br><br> Collection agent for Palos Community Hospital for medical services rendered to Diana Pierce. | | | | 74.38 |
| ACCOUNT NO.    1001102145 <br><br> HIGH TECH MEDICAL PARK <br> 0236 MOMENTUM PLACE <br> CHICAGO, IL 60689-5302 | | H | Medical services rendered to debtor. | | | | 44.00 |
| ACCOUNT NO.    0722 <br><br> HOME DEPOT CREDI <br> P.O. BOX 103047 <br> ROSWELL GA 30076 <br><br> LTD Financial Servisces <br> 7322 Southwest Freeway, Suite 1600 <br> Houston, TX 77074 | | H | Materials purchased on open account for construction project | | X | | 1,273.93 |
| ACCOUNT NO.    9929 <br><br> HSBC CARD SERVICES <br> P.O. Box 81622 <br> Salinas CA 93912-1622 <br><br> Atlantic CrediT and Finance Inc <br> PO Box 1187 <br> Roanoke, VA 24022 <br><br> Freedman Anselmo Lindberg & Rappe <br> PO BOX 3228 <br> NAPERVILLE, IL 60566-7228 | | H | Miscellaneous consumer purchases. | | X | | 16,210.73 |

Sheet no. 7 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ►  $    17,603.04

Total  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  James R Pierce   Diana R Pierce
_____
Debtors

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 131944<br>INGALLS MEMORIAL HOSPITAL<br>ONE INGALLS DRIVE<br>HARVEY, IL 60426 | | H | 06/12/2008<br>Medical services rendered to debtor. | | | | 651.44 |
| ACCOUNT NO. 9255<br>JC PENNEY<br>P.O. BOX 981131<br>EL PASO, TX 79998 | | W | Miscellaneous consumer purchases. | | X | | 1,798.07 |
| ACCOUNT NO. 72288<br>JUDITH SAVAGE, MD<br>425 HUEHL RD. BLDG #8<br>NORTHBROOK, IL 60062 | | H | Medical services rendered to debtor. | | | | 16.00 |
| ACCOUNT NO. F022630362<br>KCA FINANCIAL SERVICES, INC<br>628 NORTH STREET<br>P.O. BOX 53<br>GENEVA, IL 60134 | | H | Medical services rendered to debtor. | | X | | 52.52 |
| ACCOUNT NO. 5694<br>KOHLS DEPARTMENT STORES<br>N 56 W 17000 RIDGEWOOD DR.<br>MENOMONEE FALLS, WI 53051 | | W | Miscellaneous consumer purchases. | | X | | 392.05 |

Sheet no. 8 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ 2,910.08

Total $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **James R Pierce   Diana R Pierce**                    Case No. _____
                          **Debtors**                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> LAKE ANESTHESIA ASSOCIATES <br> P.O. BOX 158 <br> FLOSSMOOR, IL 60422 | | H | Medical services rendered to debtor. | | | | 49.65 |
| ACCOUNT NO. 1846 <br> MEDICAL RECOVERY SPECIALIST, INC. <br> 2250 E. DEVON AVE, STE 352 <br> DES PLAINES, IL 60018-4519 | | H | Medical services rendered to debtor. | | | | 72.50 |
| ACCOUNT NO. 2469 <br> MIDWEST DIAGNOSTIC PATHOLOGY, SC <br> 75 REMITTANCE DR. STE 3070 <br> CHICAGO, IL 60675 | | H | Medical services rendered to debtor. | | | | 15.00 |
| ACCOUNT NO. 139209A1652 <br> MINUTECLINIC DIAGNOSTIC OF ILLINOIS <br> 920 SECOND AVE S <br> SUITE 400 <br> MINNEOPOLIS, MN 55402-4010 | | J | Medical services rendered to minor daughter. | | | | 59.03 |
| ACCOUNT NO. MH39056 <br> NEWSOME PHYSICAL THERAPY NETWORK <br> 920 ESSINGTON ROAD <br> JOLIET, IL 60435 | | H | Medical services rendered to debtor. | | | | 129.10 |

Sheet no. 9 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▸ $ 325.28

Total ▸ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **James R Pierce    Diana R Pierce**                          Case No. _____
                                            **Debtors**                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **8213** | | H | | | | | 0.00 |
| **NICOR GAS** **PO BOX 2020** **AURORA, IL 60507-2020** NCO Financial systems Inc. 507 Prudential Road Horsham PA  19044 | | | Gas Service rendered to debtor. | | | | |
| ACCOUNT NO.  **65471** | | W | | | X | | 25.00 |
| **O'REILLY MEDICAL CONSULTANTS S.C.** **12150 S. HARLEM AVE** **PALOS HEIGHTS, IL 60463-1435** | | | Medical services rendered to family member. | | | | |
| ACCOUNT NO.  **X113777247** | | J | | | | | 66.94 |
| **PALOS COMMUNITY HOSPITAL** **12251 S. 80TH AVE** **PALOS HEIGHTS, IL 60463** | | | Medical services rendered to family member. | | | | |
| ACCOUNT NO.  **1-193522.0** | | H | | | | | 15.30 |
| **PALOS EMERGENCY MEDICAL SERVICES, LTD** **9944 SOUTH ROBERTS ROAD** **SUITE 204** **PALOS HILLS, IL 60465** | | | Medical services rendered to debtor. | | | | |

Sheet no.  10 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ►  $           107.24

Total  ►  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  James R Pierce    Diana R Pierce                          Case No. _____
                                                                        (If known)
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> PALOS SURGICENTER <br> 7340 COLLEGE DRIVE <br> PALOS HEIGHTS, IL 60463 <br><br> Transworld Systems Inc <br> 25 Northwest Blvd <br> Suite 750 <br> Elk Grove Village, IL 60007 | | W | Medical services rendered to spouse. | | | | 110.74 |
| ACCOUNT NO.  9685 <br><br> PARKVIEW ORTHOPAEDIC GRUP, S.C. <br> 7600 WEST COLLEGE DRIVE <br> PALOS HEIGHTS, IL 60463 | | H | Medical services rendered to debtor. | | X | | 50.70 |
| ACCOUNT NO.  PIEDI000 <br><br> PHILLIP NARCISSI, DPM <br> 19841 WOLF ROAD <br> MOKENA, IL 60448 | | J | Medical services rendered to debtor. | | | | 23.00 |
| ACCOUNT NO.  PIED1000 <br><br> PHILLIP NARCISSI, DPM <br> 19841 WOLF RD <br> MOKENA, IL 60448 | | H | 12/08/2008 <br> Medical services rendered to debtor's son. | | X | | 23.00 |

Sheet no. 11 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ | 207.44

Total  ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    James R Pierce   Diana R Pierce                                     Case No. _____
                              Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   PIEJA000 | | W | 01/10/2008 | | | | 44.90 |
| PHYSICIANS PROMPT CARE CENTERS 18210 S. LAGRANGE RD, SUITE 110 TINLEY PARK, IL 60487-7723 | | | Medical services rendered to debtor. | | | | |
| ACCOUNT NO.   27957 | | H | | | | | 72.60 |
| PMI DIAGNOSTIC IMAGING 7600 W. COLLEGE DRIVE PALOS HEIGHTS, IL 60463 | | | Medical services rendered to debtor. | | | | |
| ACCOUNT NO.   095673 | | H | | | X | | 70.00 |
| PRIMARY HEALTH ASSOCIATES PC 15300 WEST AVE SUITE 122 ORLAND PARK, IL 60462 | | | Medical services rendered to debtor. | | | | |
| ACCOUNT NO.   096001 | | H | | | | | 44.50 |
| PRIMARY HEALTH ASSOCIATES PC 15300 WEST AVE SUITE 122 ORLAND PARK, IL 60462 | | | Medical services rendered to debtor. | | | | |
| ACCOUNT NO.   X114095326 | | W | | | | | 4.90 |
| RADIOLOGY AND NUCLEAR CONS 7808 COLLEGE DRIVE 1SE PALOS HEIGHTS, IL 60463 | | | Medical services rendered to debtor. | | | | |

Sheet no. _12_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $    236.90

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    James R Pierce    Diana R Pierce                    Case No. _____

_____
Debtors                                                     (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  XXXX XXXX XXXX 9685 | | H | | X | | | 3,387.37 |
| SAM'S CLUB P.O. BOX 981064 EL PASO, TX 79998-1064 | | | Miscellaneous consumer purchases. | | | | |
| ACCOUNT NO.  1368 | | J | | | | | 16.56 |
| SCHEETZ CHIROPRACTIC 5601 MONEE-MANHATTAN RD, STE 100 MONEE, IL 60449-8858 | | | Medical services rendered to minor child. | | | | |
| ACCOUNT NO.  5049 9480 4564 9250 | | H | | | | | 1,702.72 |
| SEARS CARD 13200 SMITH ROAD CLEVELAND, OH 44130 | | | Miscellaneous consumer purchases. | | | | |
| ACCOUNT NO.  12447 | | H | 11/07/2007 | | | | 3.50 |
| SERVICE MEDICAL EQUIPMENT, INC P.O. BOX 266 WESTMONT, IL 60559 | | | Medical services rendered to debtor's daughter. | | | | |
| ACCOUNT NO.  F027318559 | | H | | | | | 119.59 |
| SILVER CROSS HOSPITAL MAIL PROCESSING CENTER PO BOX 739 MOLINE, IL 61266-0739 | | | Medical services rendered to debtor. | | | | |

Sheet no. 13 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims



Subtotal ► $  5,229.74

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    James R Pierce    Diana R Pierce                                    Case No. _____
                        Debtors                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   094580-00 | | H | | | | | 118.75 |
| SOUTH SUBURBAN GASTROENTEROLOGY, SC 17901 GOVERNORS HWY, STE 208 HOMEWOOD, IL 60430 | | | Medical services rendered to debtor. | | | | |
| ACCOUNT NO.   0368700201 | | H | | | X | | 273.40 |
| SULLIVAN URGENT AID CENTERS LTD DEPT 20-6001 P.O. BOX 5990 CAROL STREAM, IL 60197 | | | Medical services rendered to debtor. | | | | |
| ACCOUNT NO.   745774 | | H | 11/2/2008 | | | | 6.80 |
| TAKE CARE HEALTH SYSTEMS 4165 30TH AVE SOUTH SUITE 101 FARGO, ND 58104-8419 | | | Medical services rendered to debtor. | | | | |
| ACCOUNT NO.   2624722 | | J | | | | | 15.00 |
| TAKE CARE HEALTH SYSTEMS SUITE 101 4165 30TH AVENUE SOUTH FARGO, ND 58104-8419 | | | Medical services rendered to minor daughter. | | | | |
| ACCOUNT NO.   8585P-0000103733 | | J | | | | | 110.74 |
| TANORLD SYSTEMS, INC COLLECTION AGENCY 25 NORTHWEST POINT BLVD #750 ELK GROVE VILLAGE, IL 60007 | | | Medical services rendered to family member. | | | | |

Sheet no. 14 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ 524.69

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    James R Pierce    Diana R Pierce _____    Case No. _____
                                    **Debtors**                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    218824 BC | | J | | | | | 40.06 |
| WELLGROUP HEALTH PARTNERS 333 DIXIE HIGHWAY CHICAGO HEIGHTS, IL 60411  Muenich Court and Hohman Ave PO Box 8000 Hammond, IN 46325-8000 | | | Medical services rendered to family member. | | | | |

Sheet no. 15 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $          40.06

Total ➤ $     70,763.02

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:  James R Pierce    Diana R Pierce _____,    Case No. _____
                                    **Debtors**                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re: **James R Pierce    Diana R Pierce**

Case No. _____

_____
Debtors

_____
(If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dillon builders** | **AQUA ILLINOIS INC.**<br>**1000 S. SCHUYLER AVENUE**<br>**KANKAKEE, IL 60901** |

B6I (Official Form 6I) (12/07)

In re  **James R Pierce Diana R Pierce**                                        Case No. _____
                                    **Debtors**                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:  **MARRIED** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | **SON** | **16** |
| | **SON** | **14** |
| | **DAUGHTER** | **12** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **ELECTRICIAN** | **Office worker** |
| Name of Employer | | **Leyden Electric** |
| How long employed | **UNEMPLOYED** | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | | $ 0.00 | $ 4,008.33 |
| 2. Estimate monthly overtime | | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | | $ 0.00 | $ 4,008.33 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ 0.00 | $ 1,122.33 |
| b. Insurance | | $ 0.00 | $ 0.00 |
| c. Union dues | | $ 0.00 | $ 0.00 |
| d. Other (Specify) | | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 0.00 | $ 1,122.33 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ 0.00 | $ 2,886.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $ 0.00 | $ 0.00 |
| 8. Income from real property | | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | $ 0.00 | $ 0.00 |
| 11. Social security or other government assistance (Specify)  **Unemployment-IDES** | | $ 2,461.00 | $ 0.00 |
| 12. Pension or retirement income | | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify) | | | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ 2,461.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | | $ 2,461.00 | $ 2,886.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 5,347.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:
**SPOUSE'S INCOME FLUCTUATES ON WEEKLY BASIS ON WORK AVAILABILITY.  THE FIGURE LISTED ABOVE IS BASED ON AN AVERAGE.**

B6J (Official Form 6J) (12/07)

In re <u>James R Pierce Diana R Pierce</u> ,     Case No. _____
               **Debtors**                                                      (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,571.00 |
|     a. Are real estate taxes included?  Yes ✓  No _____ | | |
|     b. Is property insurance included?  Yes ✓  No _____ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 325.00 |
|       b. Water and sewer | $ | 125.00 |
|       c. Telephone | $ | 200.00 |
|       d. Other **CABLE/INTERNET** | $ | 100.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 1,000.00 |
| 5. Clothing | $ | 60.00 |
| 6. Laundry and dry cleaning | $ | 10.00 |
| 7. Medical and dental expenses | $ | 200.00 |
| 8. Transportation (not including car payments) | $ | 800.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|        a. Homeowner's or renter's | $ | 0.00 |
|        b. Life | $ | 127.00 |
|        c. Health | $ | 450.00 |
|        d. Auto | $ | 207.00 |
|        e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan.) | | |
|        a. Auto | $ | 575.00 |
|        b. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **MISC SCHOOL EXPENSES CHILDREN** | $ | 65.00 |
|        **TRASH PICKUP** | $ | 18.00 |
|        **UNION DUES** | $ | 100.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 7,133.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|     a. Average monthly income from Line 15 of Schedule I | $ | 5,347.00 |
|     b. Average monthly expenses from Line 18 above | $ | 7,133.00 |
|     c. Monthly net income (a. minus b.) | $ | -1,786.00 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **James R Pierce    Diana R Pierce**                                    Case No. _____
_____
Debtors                                                                                      (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **30** _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____                    Signature: _____
                                                                                    James R Pierce
                                                                                                            Debtor

Date: _____                    Signature: _____
                                                                                    Diana R Pierce
                                                                                    (Joint Debtor, if any)

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP
### (NOT APPLICABLE)

_Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571._

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re   **James R Pierce   Diana R Pierce**                                           Case No. _____

                                                    Debtors                     ,            Chapter   **7**   _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   0.00 |
| Student Loan Obligations (from Schedule F) | $   0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $   0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $   0.00 |
| TOTAL | $   0.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $   5,347.00 |
| Average Expenses (from Schedule J, Line 18) | $   7,133.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $   6,944.33 |

**United States Bankruptcy Court**
**Northern District of Illinois**
**Eastern Division**

In re  **James R Pierce   Diana R Pierce**                                    Case No. _____

_____                        Chapter  **7**  _____
                        Debtors

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | 150,000.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | 0.00 |
| 4. Total from Schedule F | | $ | 70,763.02 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | 220,763.02 |

B7 (Official Form 7) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**
**Eastern Division**

In re:  **James R Pierce   Diana R Pierce** _____   Case No. _____
                                                    Debtors                                                    (If known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

## 1. Income from employment or operation of business

None
☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 61,372.00 | EMPLOYMENT | 1/1/2003-12/31/2003 |
| 84,780.00 | EMPLOYMENT | 1/1/2004-12/31/2004 |
| 67,180.00 | EMPLOYMENT | 1/1/2008-13/31/2008 |
| 94,038.00 | EMPLOYMENT | 01/01/09-12/31/09 |

## 2. Income other than from employment or operation of business

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|--------|--------|--------------------|

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☐ a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|--------------------|
| **CENTRAL MORTGAGE COMPANY**<br>**801 JOHN BARROW RD**<br>**SUITE 1**<br>**LITTLE ROCK, AK 72205** | **MORTGAGE PAYMENTS MADE AS DUE** | | **450,000.00** |

None ☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|------------------------------|------------------------------|-----------------------------------|--------------------|

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---------------------------------------------------------|-----------------|-------------|--------------------|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **ATLANTIC CREDIT AND FINANCE INC, ASSIGNEE OF HSBC V. JAMES R. PIERCE** 10 AR 1196 | COLLECTION | **CIRCUIT COURT OF WILL COUNTY** | **PENDING** |
| **CANTERBURY LAKES HOMEOWNER'S ASSOCIATION, AN ILLINOIS NOT-FOR-PROFIT CORPORATION v.  JAMES PIERCE** 09LM1171 | SUIT FOR POSSESSION ON UNPAID HOMEOWNER ASSESSMENT | **CIRCUIT COURT OF WILL COUNTY** | **JUDGMENT RENDERED** |
| **CAPITAL ONE BANK USA v. JAMES R. PIERCE** 09SC5329 | COLLECTION | **CIRCUIT COURT OF WILL COUNTY ILLINOIS** | **PENDING** |

None
☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Canterbury Lakes Homeowner's Association PO Box 566 Monee, IL 60449** | 06/09/2009 | **7414 W. Pennington Lane Monee, IL 60499** |

## 5.  Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6.  Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.  Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8.  Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Sbertoli Law Office Dennis M. Sbertoli P.O. Box 1482 La Grange Park, IL 60526** | **JULY 9, 2010** | **$800.00** |

## 10. Other transfers

None
☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☑   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None ☑   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ☑   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None ☑   If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances. wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.   List  the  name  and  address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.   List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None
☑
a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
☑
b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME _____    ADDRESS _____

* * * * * *

*[if completed by an individual or individual and spouse]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____          Signature
of Debtor    James R Pierce

Date _____          Signature
of Joint Debtor  Diana R Pierce
(if any)

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

In re _____**James R Pierce   Diana R Pierce**_____,    Case No. _____
Debtors                                                           Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**CANTERBURY LAKES HOMEOWNER'S ASSOCIATION** | **Describe Property Securing Debt:**<br>**Accrued unpaid assessments for the property at 7414 Pennington Lane.  Notice and demand for possession coupled with complaint for possession pending Circuit Court of Will County.** |

Property will be *(check one)*:
☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt          ☑ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**CENTRAL MORTGAGE COMPANY** | **Describe Property Securing Debt:**<br>**25613 S. Bristol Lane, Monee, IL 60449**<br>**LOT 47 IN CANTERBURY LAKES PHASE 3, A PLANNED UNIT DEVELOPMENT, BEING A SUB DIVISION OF PART OF THE NORTH EAST ONE QUARTER OF SECTION 24, TOWNSHIP 34 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPLE MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED JUNE 8, 2000, AS DOCUMENT NUMBER R2000-61516, IN WILL COUNTY, IL.**<br><br>**PROPERTY PURCHASED DECEMBER 2004 FOR $525,000.00.  TITLE HELD BY DEBTORS AS TENANTS BY THE ENTIRETY.** |

B 8 (Official Form 8) (12/08)

Property will be (check one):
☐ Surrendered        ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is (check one):
☑ Claimed as exempt        ☐ Not claimed as exempt

---

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br><br>NICOR GAS | **Describe Property Securing Debt:**<br>**Gas Service rendered to debtor.** |

Property will be (check one):
☐ Surrendered        ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is (check one):
☐ Claimed as exempt        ☑ Not claimed as exempt

---

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br><br>PEOTONE BANK | **Describe Property Securing Debt:**<br>**7441 W. PENNINGTON, MONEE, IL, 60449.**<br>**PURCHASED IN 2006 FOR $225,000.00.**<br><br>**LOT 2 IN RE-SUBDIVISION OF CANTERBURY LAKES PHASE 5, BEING A RE-SUBSIVISION OF LOTS 25, 236, AND 27 OF CANTERBURY LAKES PAHSE 5, BEING A SUBDIVISION OF PART OF THE NORTHEASTQUARTER OF SECTION 24, TOWNSHIP 34 NORTH, RANGE 12 EAST OF THE THIRD PRINCIPLE MERRIDIAN ACCORDING TO THE FLAT THEREOF RECORDED JULY 15, 2004 AS DOCUMENTED R204-130493 IN WILL COUNTY, IL.** |

B 8 (Official Form 8) (12/08)

Page 3

Property will be (check one):
☑ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is (check one):
☐ Claimed as exempt              ☑ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br><br>PEOTONE BANK | **Describe Property Securing Debt:**<br><br>**25613 S. Bristol Lane, Monee, IL 60449<br>LOT 47 IN CANTERBURY LAKES PHASE 3, A PLANNED UNIT DEVELOPMENT, BEING A SUB DIVISION OF PART OF THE NORTH EAST ONE QUARTER OF SECTION 24, TOWNSHIP 34 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPLE MERIDIAN, ACCORDING TO THE FLAT THEREOF RECORDED JUNE 8, 2000, AS DOCUMENT NUMBER R2000-61516, IN WILL COUNTY, IL.**<br><br>**PROPERTY PURCHASED DECEMBER 2004 FOR $525,000.00. TITLE HELD BY DEBTORS AS TENANTS BY THE ENTIRETY.** |

Property will be (check one):
☐ Surrendered                    ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is (check one):
☑ Claimed as exempt              ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**None** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

B 8 (Official Form 8) (12/08)

___0___ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____

_____

**James R Pierce**
Signature of Debtor

_____

**Diana R Pierce**
Signature of Joint Debtor (if any)

**Dennis M. Sbertoli   3128965**
**Sbertoli Law Office**
**Dennis M. Sbertoli**
**P.O. Box 1482**
**La Grange Park, IL 60526**

**(708) 579-9724**
**Attorney for the Petitioner(s)**

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

### Eastern Division

In Re:
Debtor:  **James R Pierce**
Social Security Number:  **2709**

Joint Debtor:  **Diana R Pierce**
Social Security Number:  **5993**

Case No:

Chapter  **7**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1. **4PATH, LTD**<br>**520 E. 22ND ST**<br>**LOMBARD, IL 60148** | **Unsecured Claims** | $   72.50 |
| 2. **ALVERNO CLINICAL LABORATORIES LLC**<br>**555 W. COURT ST., STE 300**<br>**KANKAKEE, IL 60901-3600** | **Unsecured Claims** | $   21.27 |
| 3. **AQUA ILLINOIS INC.**<br>**1000 S. SCHUYLER AVENUE**<br>**KANKAKEE, IL 60901** | **Unsecured Claims** | $  392.31 |
| 4. **ASSOCIATED LABORATORY PHYSICIANS**<br>**P.O. BOX 74821**<br>**CHICAGO, IL 60694-4821** | **Unsecured Claims** | $   11.60 |
| 5. **CALUMET DERMATOLOGY ASSOCIATES**<br>**19 RIVER OAKS DRIVE**<br>**CALUMET CITY, IL 60409-5802** | **Unsecured Claims** | $   30.00 |

In re:  James R Pierce
Diana R Pierce

Case No. _____

| 6. | CANTERBURY LAKES HOMEOWNER'S ASSOCIATION PO BOX 566 MONEE, IL 60449 | Unsecured Claims | $ 3,737.23 |
|---|---|---|---|
| 7. | CITI BANK PO BOX 44167 JACKSONVILLE, FL 32231-4167 | Unsecured Claims | $ 9,500.94 |
| 8. | CAPITAL ONE P.O. BOX30285 SALT LAKE CITY, UT 84130-0285 | Unsecured Claims | $ 2,868.67 |
| 9. | CHASE P.O. BOX15298 WILMINGTON, DE  19850-5298 | Unsecured Claims | $ 8,365.40 |
| 10. | CENTRAL MORTGAGE COMPANY 801 JOHN BARROW RD SUITE 1 LITTLE ROCK, AK 72205 | Secured Claims | $ 452,000.00 |
| 11. | CHILDREN'S EYECARE, P.C. 14315 S. 108TH AVE STE 110 ORLAND PARK, IL 60467 | Unsecured Claims | $ 15.60 |
| 12. | CITI BANK P.O. BOX 6500 SOUIX FALLS, SD  57117 | Unsecured Claims | $ 1,273.93 |
| 13. | CITI BANK VISA P.O. BIX6077 SOUIX FALLS, SD  57117-6077 | Unsecured Claims | $ 6,743.59 |
| 14. | CREDITOR'S COLLECTION BUREAU INC PO BOX 63 KANKAKEE, IL 60901-0063 | Unsecured Claims | $ 704.16 |

In re:  **James R Pierce**
        **Diana R Pierce**

Case No. _____

| 15. | **CTR FOR PEDIATRIC GASTROENTEROLOGY**<br>**777 OAKMONT LANE, STE 1600**<br>**WESTMONT, IL 60559-5577** | **Unsecured Claims** | $   40.10 |
|---|---|---|---|
| 16. | **DELL FINANCIAL SERVICES**<br>**P.O. BOX 81577**<br>**AUSTIN, TX 78708-1577** | **Unsecured Claims** | $  2,527.93 |
| 17. | **DERM AND PLASSTIC SURG ASSOCIATES SC**<br>**1051 ESSINGTON RD**<br>**SUITE 280**<br>**JOLIET, IL 60435** | **Unsecured Claims** | $   39.60 |
| 18. | **DISCOVER CARD**<br>**P.O. BOX 15316**<br>**WILMINGTON DE  19888-1020** | **Unsecured Claims** | $  5,349.35 |
| 19. | **EM STRATEGIES LTD**<br>**PO BOX 366**<br>**HINSDALE, IL 60522** | **Unsecured Claims** | $    8.30 |
| 20. | **FOOT & ANKLE CARE LTD**<br>**11308 DISTINCTIVE DR**<br>**ORLAND PARK, IL 60467** | **Unsecured Claims** | $   40.70 |
| 21. | **GE MONEY BANK**<br>**P.O. BOX 6150**<br>**RAPID CITY, SD  57709-6150** | **Unsecured Claims** | $  1,835.37 |
| 22. | **HARRIS AND HARRIS, LTD**<br>**222 MERCHANDISE MART PLAZA, SUITE 1900**<br>**CHICAGO, IL 60654** | **Unsecured Claims** | $   74.38 |
| 23. | **HIGH TECH MEDICAL PARK**<br>**0236 MOMENTUM PLACE**<br>**CHICAGO, IL 60689-5302** | **Unsecured Claims** | $   44.00 |

Case No. _____

In re:     James R Pierce
Diana R Pierce

| | | |
|---|---|---|
| 24 . | HOME DEPOT CREDI<br>P.O. BOX 103047<br>ROSWELL GA 30076 | Unsecured Claims     $ 1,273.93 |
| 25 . | HSBC CARD SERVICES<br>P.O. Box 81622<br>Salinas CA 93912-1622 | Unsecured Claims     $ 16,210.73 |
| 26 . | INGALLS MEMORIAL HOSPITAL<br>ONE INGALLS DRIVE<br>HARVEY, IL 60426 | Unsecured Claims     $ 651.44 |
| 27 . | JC PENNEY<br>P.O. BOX 981131<br>EL PASO, TX 79998 | Unsecured Claims     $ 1,798.07 |
| 28 . | JUDITH SAVAGE, MD<br>425 HUEHL RD. BLDG #8<br>NORTHBROOK, IL 60062 | Unsecured Claims     $ 16.00 |
| 29 . | KCA FINANCIAL SERVICES, INC<br>628 NORTH STREET<br>P.O. BOX 53<br>GENEVA, IL 60134 | Unsecured Claims     $ 52.52 |
| 30 . | KOHLS DEPARTMENT STORES<br>N 56 W 17000 RIDGEWOOD DR.<br>MENOMONEE FALLS, WI 53051 | Unsecured Claims     $ 392.05 |
| 31 . | LAKE ANESTHESIA ASSOCIATES<br>P.O. BOX 158<br>FLOSSMOOR, IL 60422 | Unsecured Claims     $ 49.65 |
| 32 . | MEDICAL RECOVERY SPECIALIST, INC.<br>2250 E. DEVON AVE, STE 352<br>DES PLAINES, IL 60018-4519 | Unsecured Claims     $ 72.50 |

Case No. _____

In re:   James R Pierce
Diana R Pierce

| | | | |
|---|---|---|---|
| 33. | MIDWEST DIAGNOSTIC PATHOLOGY, SC<br>75 REMITTANCE DR. STE 3070<br>CHICAGO, IL 60675 | Unsecured Claims | $   15.00 |
| 34. | MINUTECLINIC DIAGNOSTIC OF ILLINOIS<br>920 SECOND AVE S<br>SUITE 400<br>MINNEOPOLIS, MN 55402-4010 | Unsecured Claims | $   59.03 |
| 35. | NEWSOME PHYSICAL THERAPY NETWORK<br>920 ESSINGTON ROAD<br>JOLIET, IL 60435 | Unsecured Claims | $   129.10 |
| 36. | NICOR GAS<br>PO BOX 2020<br>AURORA, IL 60507-2020 | Unsecured Claims | $   0.00 |
| 37. | O'REILLY MEDICAL CONSULTANTS S.C.<br>12150 S. HARLEM AVE<br>PALOS HEIGHTS, IL 60463-1435 | Unsecured Claims | $   25.00 |
| 38. | PALOS COMMUNITY HOSPITAL<br>12251 S. 80TH AVE<br>PALOS HEIGHTS, IL 60463 | Unsecured Claims | $   66.94 |
| 39. | PALOS EMERGENCY MEDICAL SERVICES, LTD<br>9944 SOUTH ROBERTS ROAD<br>SUITE 204<br>PALOS HILLS, IL 60465 | Unsecured Claims | $   15.30 |
| 40. | PALOS SURGICENTER<br>7340 COLLEGE DRIVE<br>PALOS HEIGHTS, IL 60463 | Unsecured Claims | $   110.74 |
| 41. | PARKVIEW ORTHOPAEDIC GRUP, S.C.<br>7600 WEST COLLEGE DRIVE<br>PALOS HEIGHTS, IL 60463 | Unsecured Claims | $   50.70 |

Case No. _____

In re:    James R Pierce
          Diana R Pierce

| | | Secured Claims | $ 400,000.00 |
|---|---|---|---|
| 42. | PEOTONE BANK<br>200 WEST CORNING<br>PEOTONE, IL 60468 | | |
| 43. | PEOTONE BANK<br>200 WEST CORNING AVE<br>PEOTONE, IL 60468 | Secured Claims | $ 115,000.00 |
| 44. | PHILLIP NARCISSI, DPM<br>19841 WOLF ROAD<br>MOKENA, IL 60448 | Unsecured Claims | $ 23.00 |
| 45. | PHILLIP NARCISSI, DPM<br>19841 WOLF RD<br>MOKENA, IL 60448 | Unsecured Claims | $ 23.00 |
| 46. | PHYSICIANS PROMPT CARE CENTERS<br>18210 S. LAGRANGE RD, SUITE 110<br>TINLEY PARK, IL 60487-7723 | Unsecured Claims | $ 44.90 |
| 47. | PMI DIAGNOSTIC IMAGING<br>7600 W. COLLEGE DRIVE<br>PALOS HEIGHTS, IL 60463 | Unsecured Claims | $ 72.60 |
| 48. | PRIMARY HEALTH ASSOCIATES PC<br>15300 WEST AVE<br>SUITE 122<br>ORLAND PARK, IL 60462 | Unsecured Claims | $ 44.50 |
| 49. | PRIMARY HEALTH ASSOCIATES PC<br>15300 WEST AVE<br>SUITE 122<br>ORLAND PARK, IL 60462 | Unsecured Claims | $ 70.00 |
| 50. | RADIOLOGY AND NUCLEAR CONS<br>7808 COLLEGE DRIVE 1SE<br>PALOS HEIGHTS, IL 60463 | Unsecured Claims | $ 4.90 |

Case No. _____ _____

In re:    **James R Pierce**
          **Diana R Pierce**

| | | | |
|---|---|---|---|
| 51. | **SAM'S CLUB**<br>P.O. BOX 981064<br>EL PASO, TX  79998-1064 | Unsecured Claims | $  3,387.37 |
| 52. | **SCHEETZ CHIROPRACTIC**<br>5601 MONEE-MANHATTAN RD, STE 100<br>MONEE, IL 60449-8858 | Unsecured Claims | $    16.56 |
| 53. | **SEARS CARD**<br>13200 SMITH ROAD<br>CLEVELAND, OH 44130 | Unsecured Claims | $  1,702.72 |
| 54. | **SERVICE MEDICAL EQUIPMENT, INC**<br>P.O. BOX 266<br>WESTMONT, IL 60559 | Unsecured Claims | $      3.50 |
| 55. | **SILVER CROSS HOSPITAL**<br>MAIL PROCESSING CENTER<br>PO BOX 739<br>MOLINE, IL 61266-0739 | Unsecured Claims | $    119.59 |
| 56. | **SOUTH SUBURBAN GASTROENTEROLOGY, SC**<br>17901 GOVERNORS HWY, STE 208<br>HOMEWOOD, IL 60430 | Unsecured Claims | $    118.75 |
| 57. | **SULLIVAN URGENT AID CENTERS LTD**<br>DEPT 20-6001 P.O. BOX 5990<br>CAROL STREAM, IL 60197 | Unsecured Claims | $    273.40 |
| 58. | **TAKE CARE HEALTH SYSTEMS**<br>4165 30TH AVE SOUTH<br>SUITE 101<br>FARGO, ND 58104-8419 | Unsecured Claims | $      6.80 |
| 59. | **TAKE CARE HEALTH SYSTEMS**<br>SUITE 101<br>4165 30TH AVENUE SOUTH<br>FARGO, ND 58104-8419 | Unsecured Claims | $     15.00 |

Case No. _____

In re:    **James R Pierce**
          **Diana R Pierce**

60 .    **TANORLD SYSTEMS, INC**                    **Unsecured Claims**           **$   110.74**
        **COLLECTION AGENCY**
        **25 NORTHWEST POINT BLVD**
        **#750**
        **ELK GROVE VILLAGE, IL 60007**

61 .    **WELLGROUP HEALTH PARTNERS**              **Unsecured Claims**           **$    40.06**
        **333 DIXIE HIGHWAY**
        **CHICAGO HEIGHTS, IL 60411**

Case No. _____

In re:    **James R Pierce**
**Diana R Pierce**

(The penalty for making a false statement or concealing property is a fine up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **James R Pierce**, and I, **Diana R Pierce**, named as debtors in this case, declare under penalty of perjury that we have read the foregoing Numbered Listing of Creditors, consisting of **5 sheets** (not including this declaration), and that it is true and correct to the best of our information and belief.

Signature: _____
James R Pierce

Dated: _____

Signature: _____
Diana R Pierce

Dated: _____

4PATH, LTD
520 E. 22ND ST
LOMBARD, IL 60148


AQUA ILLINOIS INC.
1000 S. SCHUYLER AVENUE
KANKAKEE, IL 60901


ASSOCIATED LABORATORY PHYSICIANS
P.O. BOX 74821
CHICAGO, IL 60694-4821


Atlantic Credic and Finance Inc
PO Box 1187
Roanoke, VA 24022


Blatt Hasenmiller, Leibsker & Moore
125 S. Wacker Dr.Suite  400
Chicago, IL 60606-4440


Canterbury Lakes Homeowner's Association
PO BOX 566
MONEE, IL 60449


Capital One
P.O. BOX30285
SALT LAKE CITY, UT 84130-0285


CBE Group, Inc.
Box 3136
Milwaukee, WI  53201-3136


CENTRAL MORTGAGE COMPANY
801 JOHN BARROW RD
SUITE 1
LITTLE ROCK, AK 72205

Chase
P.O. BOX15298
WILMINGTON, DE   19850-5298


CHILDREN'S EYECARE, P.C.
14315 S. 108TH AVE
STE 110
ORLAND PARK, IL 60467


CITI BANK
PO BOX 44167
JACKSONVILLE, FL 32231-4167


CITI BANK
P.O. BOX 6500
SOUIX FALLS, SD   57117


CITI BANK VISA
P.O. BIX6077
SOUIX FALLS, SD   57117-6077


CREDITOR'S COLLECTION BUREAU INC

PO BOX 63
KANKAKEE, IL 60901-0063


DELL FINANCIAL SERVICES
P.O. BOX 81577
AUSTIN, TX 78708-1577


DERM AND PLASSTIC SURG ASSOCIATES SC
1051 ESSINGTON RD
SUITE 280
JOLIET, IL 60435


Dillon builders

DISCOVER CARD
P.O. BOX 15316
WILMINGTON DE   19888-1020


GE MONEY BANK
P.O. BOX 6150
RAPID CITY, SD   57709-6150


HARRIS AND HARRIS, LTD
222 MERCHANDISE MART PLAZA, SUITE 1900
CHICAGO, IL 60654


HOME DEPOT CREDI
P.O. BOX 103047
ROSWELL GA   30076


HSBC Card Services
P.O. Box 81622
Salinas CA   93912-1622


INGALLS MEMORIAL HOSPITAL
ONE INGALLS DRIVE
HARVEY, IL 60426


JC PENNEY
P.O. BOX 981131
EL PASO, TX 79998


KCA FINANCIAL SERVICES, INC
628 NORTH STREET
P.O. BOX 53
GENEVA, IL 60134


KOHLS DEPARTMENT STORES
N 56 W 17000 RIDGEWOOD DR.
MENOMONEE FALLS, WI 53051

LAKE ANESTHESIA ASSOCIATES
P.O. BOX 158
FLOSSMOOR, IL 60422

Law Firm Fosco, Fullett, Rosenlund PC
1156 Shure Dr
Suite 140
Arlington Heights IL 60004

Meyer & Njus PA
1100 U.S. Bank Plaza
200 S. Sixth Street
Minneapolis, MN 55402

NCO Financial systems Inc.
507 Prudential Road
Horsham PA  19044

O'REILLY MEDICAL CONSULTANTS S.C.
12150 S. HARLEM AVE
PALOS HEIGHTS, IL 60463-1435

PALOS COMMUNITY HOSPITAL
12251 S. 80TH AVE
PALOS HEIGHTS, IL 60463

PALOS SURGICENTER
7340 COLLEGE DRIVE
PALOS HEIGHTS, IL 60463

PARKVIEW ORTHOPAEDIC GRUP, S.C.
7600 WEST COLLEGE DRIVE
PALOS HEIGHTS, IL 60463

PEOTONE BANK
200 WEST CORNING
PEOTONE, IL 60468

PEOTONE BANK
200 WEST CORNING AVE
PEOTONE, IL 60468


PHILLIP NARCISSI, DPM
19841 WOLF RD
MOKENA, IL 60448


PHYSICIANS PROMPT CARE CENTERS
18210 S. LAGRANGE RD, SUITE 110
TINLEY PARK, IL 60487-7723


PRIMARY HEALTH ASSOCIATES PC
15300 WEST AVE
SUITE 122
ORLAND PARK, IL 60462


SAM'S CLUB
P.O. BOX 981064
EL PASO, TX  79998-1064


SEARS CARD
13200 SMITH ROAD
CLEVELAND, OH 44130


SERVICE MEDICAL EQUIPMENT, INC
P.O. BOX 266
WESTMONT, IL 60559


SULLIVAN URGENT AID CENTERS LTD
DEPT 20-6001 P.O. BOX 5990
CAROL STREAM, IL 60197


TAKE CARE HEALTH SYSTEMS
4165 30TH AVE SOUTH
SUITE 101
FARGO, ND 58104-8419

```
TARGON SYSTEMS INC
COLLECTION AGENCY
25 NORTHWEST POINT BLVD
#750
ELK GROVE VILLAGE, IL 60007


Transworld Systems Inc
25 Northwest Blvd
Suite 750
Elk Grove Village, IL 60007


Valentine and Kebartas Inc
PO Box 325
Lawrence, MA 01842


Viking Collection Service
Po Box 59207
Minneapolis, MN 55459


WELLGROUP HEALTH PARTNERS
333 DIXIE HIGHWAY
CHICAGO HEIGHTS, IL 60411
```

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
#### EASTERN DIVISION

In Re:                                  Bankruptcy Case Number: _____

**James R Pierce**
**Diana R Pierce**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____

The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Dated: _____     _____
                                              James R Pierce
                                                                      Debtor

                                              _____
                                              Diana R Pierce
                                                          Joint Debtor

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

### Eastern Division

In re   **James R Pierce  Diana R Pierce**                          Case No.
_____                   _____
Debtor(s)                                                          (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

❑ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

❑ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.

❑ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❑ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ❏  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ❏  Active military duty in a military combat zone.

    ❏  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    X _____

                        James R Pierce

Date:    _____

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

### Eastern Division

In re   **James R Pierce   Diana R Pierce**                                    Case No. _____
                    Debtor(s)                                                              *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

B 1D (Official Form 1, Exh. D) (12/09)

    ❑ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ❑ Active military duty in a military combat zone.

    ❑ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____
                          Diana R Pierce

Date: _____

B 203
(12/94)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

In re:    **James R Pierce**            **Diana R Pierce**            Case No. _____

            Debtors                                    Chapter    7

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                                $            2,386.00

   Prior to the filing of this statement I have received                      $              800.00

   Balance Due                                                                $            1,586.00

2. The source of compensation paid to me was:

   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor            ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a)  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b)  Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)  [Other provisions as needed]

       **The above amount includes attorney fee of $2,000.00 plus filing fee and cost of educational sessions.**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **Representation in Adversary proccedings, if any.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____

                                    _____
                                    Dennis M. Sbertoli, Bar No. 3128965

                                    **Sbertoli Law Office**
                                    Attorney for Debtor(s)